JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

        - v. -                     :    08 Cr.

JOSE ENRIQUE DENOS,                :    08 CRIM 101
  a/k/a "Manuel Andres Alvarado-
        Paula,"                    :
  a/k/a "Frank Reynaldo Pichardo-
        Tavera,"                   :

                Defendant.         :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about January 9, 2008, in the Southern District of New York and elsewhere, JOSE ENRIQUE DENOS, a/k/a "Manuel Andres Alvarado-Paula," a/k/a "Frank Reynaldo Pichardo-Tavera," the defendant, being an alien, unlawfully, willfully and knowingly, did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 28, 1997, in the Southern District of New York, for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1), and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland

Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_/s/_ \
FOREPERSON

_/s/ Michael J. Garcia_ \
MICHAEL J. GARCIA \
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE ENRIQUE DENOS,
a/k/a "Manuel Andres Alvarado-Paula,"
a/k/a "Frank Reynaldo Pichardo-Tavera,"

Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

*[Handwritten: Post-it 11/1/87 — 2/8/08 - Indictment filed, case assigned to Judge Rakoff for all purposes. S/Eaton, Jr. U.S.M.J.]*